■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE D. DEJESUS, JR., Appellant. [60 NYS3d 871]—Appeal from a judgment of the Supreme Court, Monroe County (Joanne M. Winslow, J.), rendered May 16, 2016. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed for reasons stated in the decision at Supreme Court (2014 NY Slip Op 51964[U]). Present—Centra, J.P., Peradotto, NeMoyer and Troutman, JJ.